IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| AARON LINUS ASHLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:10-CV-35 |
| ) | |
| BANK OF AMERICA CORPORATION ) | |
| SERVICING, LP; BANK OF AMERICA, N.A., ) | |
| d/b/a BANK OF AMERICA HOME LOANS, ) | |
| BANK OF NEW YORK MELLON d/b/a ) | |
| BANK OF NEW YORK; and ) | |
| COUNTRYWIDE HOME LOANS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## BANK OF AMERICA, N.A.'S CORPORATE DISCLOSURE STATEMENT

Defendant Bank of America, N.A, in compliance with FED. R. CIV. P. 7.1, submits the following disclosure statement:

1. Bank of America, N.A., is a wholly owned subsidiary of Bank of America, N.A. Holding Corp, which is a wholly owned subsidiary of BAC North America Holding Company, which is a wholly owned subsidiary of NB Holdings Corp., which is a wholly owned subsidiary of Bank of America Corporation.

2. Bank of America Corporation is a publicly held company that owns ten percent (10%) or more of Bank of America, N.A.

1

3.

                Respectfully submitted,

                s/ Donna L. Roberts
                Donna L. Roberts
                STITES & HARBISON, PLLC
                SunTrust Plaza
                401 Commerce Street, Suite 800
                Nashville, TN 37219
                (615) 782-2200 (phone)
                (615) 742-0714 (fax)
                *donna.roberts@stites.com*
                *Counsel for Defendants BAC Home Loans Servicing, LP; Bank of America, N.A.; Bank of New York Mellon and Countrywide Home Loans, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2010, a copy of the foregoing Corporate Disclosure Statement, delivery confirmation requested, was mailed by first-class U.S. Mail to:

Aaron Linus Ashley
135 Magnolia Drive
Greeneville, TN 37743

                s/ Donna L. Roberts
                Donna L. Roberts

CO525:0CO73:845070:1:NASHVILLE